175 A.3d 145

**JOHNSTON, Ralph, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 359, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 255, Sept.Term, 2017).

Petition for writ of certiorari denied

175 A.3d 145

**JONES, Harry**

v.

**STATE of Maryland**

**Pet. Docket No. 289, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 325, Sept.Term, 2016).

Petition for writ of certiorari denied